# MEMORANDA

OF

## DECISIONS RENDERED WITHOUT EXTENDED OPINIONS DURING THE PERIOD EMBRACED IN THIS VOLUME.

No. 3,556.—H. J. REED ET AL., APPELLANTS, v. ISABEL DOLENTY ET AL., RESPONDENTS.

*Appeal from District Court, Broadwater County.*

Decided December 1, 1914.

PER CURIAM.—It is ordered that the appeal in the above-entitled cause be, and the same is hereby, dismissed in accordance with motion of respondents asking for dismissal for failure of appellants to file transcript within time required by Rule IV, subdivision 2, of this court.

Motion to reinstate appeal denied January 6, 1915.

*Messrs. Galen & Mettler,* for Appellants.

*Messrs. H. G. & H. S. McIntire,* for Respondents.